UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Criminal No. 3:22-cr-9

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**Dominick Jon Ross**,<br><br>    Defendant. | **MOTION TO<br>CONTINUE TRIAL** |

  Dominick Ross's trial is set for September 9, 2025 in Fargo, North Dakota. He requests that the trial be continued for six months so that he can continue to work on resolving the matter via a global resolution that includes pleading guilty in another federal criminal case in this district.[1]

  Counsel has advised Mr. Ross of this motion, its purpose, and his constitutional and statutory right to a speedy trial under 18 U.S.C. § 3161 et seq. Mr. Ross has consented to a continuance and a written consent form will be filed in the coming days. Counsel also represents to the Court this motion is made neither for undue delay nor other improper reason. The government, through

---

[1] That case is criminal number 3-22-cr-184.

Assistant United States Attorney, Brett Shasky, doesn't object to this motion. Nor do any of the codefendants in this matter.

For this reason, Dominick Ross requests that the Court reschedule his trial to the first available date after March 1, 2026.

Date:  August 18, 2025                    Respectfully submitted,

                                                                  _____
                                                                  Dane DeKrey (#09524)
                                                                  **RINGSTROM DEKREY PLLP**
                                                                  814 Center Avenue, Suite 5
                                                                  Moorhead, MN  56561-0853
                                                                  (218) 218-0484
                                                                  dane@ringstromdekrey.com

2