PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs.            ) | Docket No.: 0868 3:22CR00184-2 |
| ) |         0868 3:22CR00009-3 |
| ) | |
| Dominick Jon Ross        ) | |

COMES NOW, Christine Argall, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Dominick Jon Ross who was placed under pretrial release supervision by the Honorable Alice R. Senechal, Magistrate Judge, sitting in the Court at Fargo, on November 25, 2024, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to within 90 miles of the Fargo/Moorhead area.

7. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a

PS 8
(Rev. 2/2013)
Ross, Dominick
0868 3:22CR00184

    positive test result.

8. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any direct or indirect contact with co-defendants or any witnesses, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

10. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

11. Defendant shall participate in a home confinement program. The home confinement program will include electronic monitoring. Defendant shall review and sign a home confinement program agreement provided by the Pretrial Services Officer and shall follow the procedures specified by the Pretrial Services Officer. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines the defendant is financially unable to pay.
Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer:
Curfew: You are restricted to your residence every day from 11pm to 5am, or as directed by the Pretrial Services Officer.

12. Defendant shall reside at an approved residence and not change this residence without prior approval of the Pretrial Services Officer.

13. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

14. Defendant shall not obtain a passport and other foreign travel document(s).

15. Defendant shall comply with all of the terms of the defendant's state or federal probation, parole, or supervised release.

16. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

    On June 10, 2025, a Consent to Modify Conditions of Release was filed with the Court and the defendant's conditions were modified as follows:

17. Defendant must resolve all outstanding warrants within 30 days.

PS 8  
(Rev. 2/2013)  
Ross, Dominick  
0868 3:22CR00184

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition # 11: Defendant shall participate in a home confinement program. The home confinement program will include electronic monitoring. Defendant shall review and sign a home confinement program agreement provided by the Pretrial Services Officer and shall follow the procedures specified by the Pretrial Services Officer. Defendant shall pay all costs associated with the program, unless the Pretrial Services Officer determines the defendant is financially unable to pay.**
   **Defendant must participate in the following location restriction program and comply with its requirements as directed by the Pretrial Services Officer:**
   **Curfew: You are restricted to your residence every day from 11pm to 5am, or as directed by the Pretrial Services Officer.** The defendant failed to abide by his court imposed curfew on or about the following dates: June 24, 2025, August 16, 2025, August 23, 2025, August 29, 2025, October 4, 2025, October 10, 2025, October 12, 2025, October 24, 2025, November 21, 2025, December 16, 2025, December 19, 2025, and January 10, 2026.

PRAYING THAT THE COURT WILL ORDER: A summons will be issued for Dominick Jon Ross and hearings be held to determine if he violated the conditions of his pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Christine Argall                01/16/2026  
U.S. Pretrial Services Officer  
Place: Fargo

PS 8
(Rev. 2/2013)
Ross, Dominick
0868 3:22CR00184

# ORDER OF THE COURT

Considered and ordered this 16th day of January, 2026, and ordered filed and made a part of the record in the above case.

- ☐ Warrant to be issued
- ☒ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

_____
Alice R. Senechal
U.S. Magistrate Judge